Certificate Number: 15317-AZ-DE-032162843

Bankruptcy Case Number: 18-15054



15317-AZ-DE-032162843

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 15, 2019</u>, at <u>2:40</u> o'clock <u>PM PST</u>, <u>Sean H Cannoles</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Arizona</u>.

Date:  <u>January 15, 2019</u>          By:  <u>/s/Jonald Gutierrez</u>

                                      Name:  <u>Jonald Gutierrez</u>

                                      Title:  <u>Counselor</u>