```
                         United States Bankruptcy Court
                               District of Arizona
In re:                                                       Case No. 18-15054-MCW
SEAN H. CANNOLES                                             Chapter 7
VICTORIA L. CANNOLES
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0970-2          User: admin              Page 1 of 1              Date Rcvd: Mar 26, 2019
                              Form ID: 318             Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.
```
db/jdb       +SEAN H. CANNOLES,   VICTORIA L. CANNOLES,    16538 N 158TH AVE,    SURPRISE, AZ 85374-4328
15362527     +BANNER HEALTH,   PO BOX 42008,    Phoenix AZ 85080-2008
15362529     +Capital One Auto Finan,    Po Box 259407,   Plano TX 75025-9407
15362531      DIGNITY HEALTH,   ARIZONA GENERAL HOSPITAL,    PO BOX 841365,    Dallas TX 75284-1365
15362532     +GURSTEL LAW FIRM PC,   9320 EAST RAINTREE DRIVE,    Scottsdale AZ 85260-2016
15362533     +HCI,   PO BOX 42008,   Phoenix AZ 85080-2008
15362536      Lvnv Funding Llc,   C/o Resurgent Capital Services,    Greenville SC 29602
15362537     +Mercury Card/fb&t/tsys,    Po Box 84064,    Columbus GA 31908-4064
15362539      NATIONAL MEDICAL PROFESSIONAL,   PO BOX 841407,    Dallas TX 75284-1407
15362540     +ORTHO ARIZONA,   10450 W MCDOWELL RD 102,    Avondale AZ 85392-4901
15362542     +Stanisccontr,   914 14th St,   Modesto CA 95354-1011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            EDI: QCFLORES.COM Mar 27 2019 05:38:00     CONSTANTINO FLORES,   PO BOX 95080,
               PHOENIX, AZ  85070-5080
smg           EDI: AZDEPREV.COM Mar 27 2019 05:38:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
15362526     +EDI: AMSHER.COM Mar 27 2019 05:38:00      Amsher Collection Svcs,   4524 Southlake Parkway,
               Hoover AL 35244-3271
15362528     +EDI: CAPITALONE.COM Mar 27 2019 05:38:00      Capital One,   Po Box 30281,
               Salt Lake City UT 84130-0281
15362530     +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2019 02:02:48      Dept Of Education/neln,
               3015 Parker Rd,   Aurora CO 80014-2904
15362534      EDI: JEFFERSONCAP.COM Mar 27 2019 05:38:00      Jefferson Capital Syst,   16 Mcleland Rd,
               Saint Cloud MN 56303
15362535     +EDI: CBSKOHLS.COM Mar 27 2019 05:38:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls WI 53051-7096
15362535     +E-mail/Text: bncnotices@becket-lee.com Mar 27 2019 02:01:40      Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls WI 53051-7096
15362538     +EDI: MERRICKBANK.COM Mar 27 2019 05:38:00      Merrick Bank Corp,   10705 S Jordan Gateway,
               South Jordan UT 84095-3977
15364357     +EDI: PRA.COM Mar 27 2019 05:38:00      PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
15362541     +E-mail/Text: correspondence@revsolve.com Mar 27 2019 02:04:07      Revsolve Inc,   Po Box 310,
               Scottsdale AZ 85252-0310
15362543     +EDI: RMSC.COM Mar 27 2019 05:38:00      Syncb/walmart,   Po Box 965024,   Orlando FL 32896-5024
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
```
              CONSTANTINO FLORES    trusteeflores@floreslawaz.com, cflores@ecf.axosfs.com
              HAINES 4 MEYER    on behalf of Debtor SEAN H. CANNOLES help@arizonabankruptcyhelp.com
              HAINES 4 MEYER    on behalf of Joint Debtor VICTORIA L. CANNOLES help@arizonabankruptcyhelp.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **SEAN H. CANNOLES** | Social Security number or ITIN | **xxx–xx–1145** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **VICTORIA L. CANNOLES** | Social Security number or ITIN | **xxx–xx–8249** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Arizona** | | | |
| Case number:  **2:18–bk–15054–MCW** | | | |

# Order of Discharge                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

SEAN H. CANNOLES                                    VICTORIA L. CANNOLES

3/26/19                                **By the court:**  Madeleine C. Wanslee
                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                        **Order of Discharge**                        page 1

Case 2:18-bk-15054-MCW    Doc 11    Filed 03/26/19    Entered 03/28/19 22:06:01    Desc
                    Imaged Certificate of Notice    Page 2 of 3

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**